FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of | VOLUNTARY<br>PETITION |
|---|---|
| IN RE (Name of debtor - If individual, enter Last, First, Middle)<br>**Loncarevic, Robert** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>**Loncarevic, Rachelle E** |
| ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden and trade name) | ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden and trade name) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**XXX-XX-4961** | SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**XXX-XX-9006** |

STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)
**6461 West Warner, Ste 510**
**Chicago IL 60634**

STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)
**same**

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
**Cook**

COUNTY OF RESIDENCE OR
PRINCIPAL PLACE OF BUSINESS
**Cook**

MAILING ADDRESS OF DEBTOR (If different from street address)

MAILING ADDRESS OF DEBTOR (If different from street address)

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
(If different from addresses listed above)

## INFORMATION REGARDING DEBTOR (Check applicable)

TYPE OF DEBTOR
__ **Individual**
X **Joint (H&W)**
__ **Partnership**
__ **Other**

NATURE OF DEBT
__ Non-Business Consumer    _X_ Business -
defined in 11 U.S.C. sec. 101(8) incurred by an individual
A. TYPE OF BUSINESS (check one)
__ Farming          __ Transporation     __ Commodity Broker
__ Professional     __ Manufacturing/    __ Construction
x__ Retail/Wholesale     Mining          __ Real Estate
__ Railroad         __ Stockbroker       __ Other Business

Tax-Exempt Entity
Check, if applicable
____        Debtor is a tax-exempt organization under Title 26 of the United
            States Code (the internal revenue code)

CHAPTER OR SECTION OF BANKRYUPTCY CODE UNDER WHICH THE
PETITION IS FILED (check one)
_X_ Chapter 7      __Chapter 11      __Chapter 13
__Chapter 9        __Chapter 12      __ Chapter 15 Case

FILING FEE (check one)
_X_ Filing fee attached.
__ Filing fee to be paid in installments. (Applicable to individuals only)
    must attach signed application for the court/s consideration certifying
    that the debtor is unable to pay fee except in instalments. Rule 1006(b)
    see Official Form No. 3

NAME and ADDRESS OF LAW FIRM OR ATTORNEY
        **Staver & Gainsberg, P.C.**
        **120 W. Madison St., Ste. 520**
        **Chicago, IL 60602**
Telephone No.                    **312-422-1130**

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
**Neal S. Gainsberg**
__ Debtor is not represented by an attorney

STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 604)
        (Estimates only)   (Check applicable)

THIS SPACE FOR COURT USE ONLY

__ Debtor estimates that funds will be available for distribution to unsecured creditors
_X_ Debtor estimates that after any exempt property is excluded and administrative
    expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
__ 1-49  _X_ 49-99  __ 100-199  __ 200-999  __ 1000-5000  __ 5000-over

ESTIMATED ASSETS (in thousands of dollars)                                over
__Under 0-10  __10-100  _x_100-1million  __1 million to 100 million  __More than 100 Miliion

ESTIMATED LIABILITIES (in thousands of dollars)                           over
____0-50,000  __50,000-100,000  __100,000 to 1 million  _X_1 million to 10 million  __ More than 10 million

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
__0  __1-19  __20-99  __100-999  __1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
__0  __1-19  __20-99  __100-499  __500-over

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate.

__ A copy of debtor's proposed plan dated    _____    __ Debtor intends to file a plan within the time allowed by statute,

  is attached.                                                      rule or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 8 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### Exhibit A

(To be completed if the debtor is requirede to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11).

_____    Exhibit A is attached and made a part of this petition.

### Exhibit B

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that he or she may proceed under Chapter 7,11,12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

  X ___/s/__Neal S. Gainsberg_____ Date:_____

### Exhibit C

Does the debotr own or have possession of any proprty that poses or is alleged to pose a threat of immenint and identifiable harm to public health or safety?

_____ Yes, and Exhibit C is attached and made a part of this petition.

__X__ No.

### Certification Concerning Debt Counseling
### See EXH D, attached hereto

__X____ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

_____ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances.

## Information Regarding the Debtor (Check the Applicable Boxes)
## Venue (Check any applicable box)

__X____ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

_____ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

_____ Debtor is a debtor in a foreign proceeding and has its principal place of busines or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interest of the parties will be served in regard to the relief sought in this District.

## Statement by a Debtor Who Resides as a Tenant of Residential Property

**Check all applicable boxes**

_____ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following:)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

_____ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

_____ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter __7___of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X /s/ Neal S. Gainsberg _____     Date _____
Signature

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized |
| X /s/  Robert Loncarevic | X |
| Signature of Debtor | Signature of Authorized Individual |
| Date | |
| | Print of Type Name of Authorized Individual |
| X Rachelle Loncareic | |
| Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date | Date |

Exhibit "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
__ Exhibit "A" is attached and made part of this petition.

TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (SEE p.l. 98-353 & 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title

If I am represented by an attorney, exhibit "B" has been completed.

X /s/ Robert Loncarevic _____     Date
Signature of Debtor

X Rachelle Loncarevic _____     Date
Signature of Joint Debtor

EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X /s/  Neal S. Gainsberg _____     Date
Signature of Attorney

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re:   **Loncarevic, Robert & Rachelle**        Debtor(s)        Case No.        (If Known)

See summary below for the lists of schedules. Include Unsworn Declaration under Penalty of Perjury at the end

GENERAL INSTRUCTIONS: Schedule D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately

Review the specific instructions for each schedule before completing the schedule.

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each, Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided, Add the amounts of Scheduels A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilites | Other |
| A - Real Property | Y | 1 | 935,000.00 | | |
| B - Personal Property | Y | 3 | 48,600.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 1,124,641.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 8 | | 457,950.00 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | 6,627.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 11,199.00 |
| Total Number of Sheets of All Schedules | | 19 | | | |
| Total Assets | | | 983,600.00 | | |
| Total Liabilities | | | | 1,582,591.00 | |

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  ___Loncarevic, Robert & Rachelle_____,      Case No._____

Chapter _____7_____

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 u.s.c. § 159)
[Individual Debtors Only]

Summarize the following types of liabililites, as reported in the Schedules, and total them.

| Types of Liabilities | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0 |
| Taxes and Certain Other Debts Owed to Government Units (from Schedule E) | $0 |
| Claims for Death or Personal Injury While Debtor was Intoxicated (from Schedule E) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0 |
| **Total** | 0 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

State the Following

Average Income (from Schedule I, Line 16)  $ 6627

Average Expenses (from Schedule J, Line 18)  $ 11,199

Current Monthly Income (form 22A line 12 or 22C line 20) $2765

State the Following

1.  Total from Schedule D, Unbsecured Portion, if any column     $176,103.00

2. Total from Schedule E, Amount Entitled to

Prioritym if any column                      $

3. Total from Schedule E, Amount Not Entitled to Priority, if any Column     $

4. Total from Schedule F                      $457,950

5.  Total of non-priority unsecured debt           $634,053

In re:  **Loncarevic, Robert & Rachelle**   Debtor(s)   Case No.   (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT REPLACEMENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence:**<br>**6461 West Warner, Ste. 510**<br>**Chicago, IL 60634** | fee simple | J | 310,000.00 | 396,662.00 |
| **Rental Property:**<br>**8700 West Fullerton Ave**<br>**River Grove, IL  60171** | fee simple | J | 625,000.00 | 685,876.00 |
| | **TOTAL ->** | | 935,000.00 | **(Report also on Summary** of Schedules) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT REPLACEMENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand | N | | | |
| 2. Checking/savings or other financial accounts certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations,or credit unions, brokerage houses, or cooperatives. | N | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | N | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment | | **Household Goods** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | **Clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **Jewelry** | J | 600.00 |
| 8. Firearms and sports, photograpic, and other hobby equipment. | N | | | |
| 9. Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

In re: **Lancarevic, Robert & Rachelle**
Case 07-17600   Doc 1   Filed 09/26/07   Entered 09/26/07 17:20:59   Desc Main
Document   Page 7 of 41
Debtor(s)   No.   (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT REPLACEMENT VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. itemize and name each issuer. | N | | | |
| 11. Interests in IRA, ERISA, Keogh, education IRA, or other pension or profit sharing plans. Itemize | N | | | |
| 12. Stock and interests in incorporated and unicorporated businesses. Itemize. | | **Loncarevic & Associates, Inc.  d/b/a The Leather Solution** | J | **0.00** |
| 13. Interest in partnerships or joint ventures. itemize. | N | **Cornerstone Property Management** | J | **0.00** |
| | | **Innovative Financial Solutions** | H | **0.00** |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | N | | | |
| 15. Accounts receivable. | N | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **judgment in landlord case against Dore Mareci** | H | **3,300.00** |
| 18. Equitable or future interests, life estates, and rights to powers exercisable for the benefit of the debtor other than those listed on Schedule of Real Property | N | **Estimated 2006 & 2007  tax refunds** | J | **1,700.00** |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | N | | | |
| 20. Other contingent and unliquidated claims of every nature, includeing tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | N | | | |
| 21. Patents, copyrights, and other intellectual property. Give perticulars. | N | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | N | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Maxima** | J | **1,000.00** |
| | | **2006 Chevy Uplander** | J | **30,000.00** |
| 24. Boats, motors, and accessories. | N | **2002 Ford Focus** | W | **3,500.00** |
| 25. Aircraft and accessories. | N | **2003 Ford Focus** | W | **5,000.00** |
| 26. Office equipment, furnishings, and supplies | N | | | |
| 27. Machinery, fixtures, equipment and supplies used in business | N | | | |
| 28. Inventory. | N | | | |
| 29. Animals | N | | | |
| 30. Crops - growing or harvested. Give particulars. | N | | | |
| 31. Farming equipment and implements | N | | | |
| 32. Farm supplies, chemicals, and feed. | N | | | |
| 33.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or | N | | | |

household purposes.

34. Other personal property of any kind not
already listed. Itemize.                              N

(included amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total->    **48,600.00**

In re:     **Loncarevic, Robert & Rachelle**          Debtor(s)     Case No.                    **(if known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one)

__ 11 U.S.C & 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT REPLACEMENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Residence: 6461 W. Warner, Ste. 510** | **735 ILCS 5/12-901** | **30,000.00** | **310,000.00** |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Household Goods** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **1996 Maxima** | **735 IL CS 5/12-1001©** | **1,000.00** | **1,000.00** |
| **2003 Ford Focus** | **735 ILCS 5/12-1001©** | **2,400.00** | **5,000.00** |
| **Estimated Tax Refunds** | **735 ILCS 5/12-1001(b)** | **1,700** | 1,700 |
| **Landlord Judgment against Mareci** | **735 ILCS 5/12-1001(b)** | **2,700.00** | **3,300.00** |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LEIN AND DESCRIPTION AND REPLACEMENT VALUE OF PROPERTY SUBJECT TO LEIN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| **ACCOUNT NO. 270735170** | | | | | | |
| **Hinsdale Bank** **25 East First Street** **Hinsdale, IL 60521** | | | **2006 Chevy** **Uplander** **PMSI** | | 33,603.00 | 3,603.00 |
| | | | VALUE $30,000 | | | |
| **ACCOUNT NO. 45660339** | | | | | | |
| **Countrywide Home Loans** **U.S. Bank, as Trustee** **PO Box 10222** **Van Nuys, CA 91410-0222** | | | **1st Mortgage** **residence** | | 215,000.00 | |
| | | | VALUE $310,000 | | | |
| **ACCOUNT NO. GRP#14618** | | | | | | |
| **GRP Financial Services Corp** **360 Hamilton Ave-5th Floor** **White Plains, New York 10601** | | | **1st Mortgage** **Rental Property** | | 375,000.00 | |
| | | | VALUE $ 625,000 | | | |
| **ACCOUNT NO. 133302** | | | | | | |
| **Dupage National Bank** **101 Main Street** **West Chicago, IL 60186** | | | **2nd Mortgage** **Rental Property** | | 129,700.00 | |
| | | | VALUE $625,000 | | | |
| **ACCOUNT NO. 13-18-409-069-1244** | | | | | | |
| **Cook County Treasurer's Office** **118 N. Clark St., Room 112** **Chicago, IL 60602** | | | **Property Taxes** **residence** | | 3,010.00 | |
| | | | VALUE $23,776.45 | | | |
| **ACCOUNT NO. 00073000386** | | | | | | |
| **First Nations Bank** **1151 E. Butterfield Road** **Wheaton, IL 60187** | | | **2nd Mortgage** **Residence** | | 177,400.00 | 80,000.00 |
| | | | VALUE $310,000 | | | |
| **ACCOUNT NO. 12-26-323-031-0000** | | | | | | |
| **Cook County Treasurer's Office** **118 N. Clark St., Room 112** **Chicago, IL 60602** | | | **property taxes** **rental property** | | 30,000.00 | |
| | | | VALUE $ 625,000 | | | |
| **ACCOUNT NO.** | | | | | | |
| **David Mendoza** **28 E Jackson Blvd #S115** **Chicago, IL 6064-2263** | | | **mechanic's lien** **2004** **rental property** | | 150,000.00 | 92,000.00 |
| | | | VALUE $ 625,000 | | | |
| **ACCOUNT NO. 07 CH 19916** | | | | | | |
| **Codilis & Associates** **15W030 North Frontage RD** **Suite 100** **Burr Ridge, IL 60527** | | | **foreclosure attorneys** **residence** | | Notice | |
| | | | VALUE $ | | | |

SUBTOTAL -> (Total of this page) **1,113,713.00**

TOTAL ->

__1_ continuation sheets attached

In re: Loncarevic, Robert & Rachelle    Debtor(s)    Case No.    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LEIN AND DESCRIPTION AND REPLACEMENT VALUE OF PROPERTY SUBJECT TO LEIN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 6461-B6-510 **Hanlin Management, Inc. 1565 Ellinwood Street Des Plaines, IL 60016** | | | **Residence: Glenlake Condo Assoss** <br> **VALUE $310,000** | | **1,252.00** | |
| ACCOUNT NO. **Village of River Grove 2621 Thatcher River Grove, IL 60171** | | | **water bill: rental property statutory lien** <br> **VALUE $625,000** | | **1,176.00** | |
| ACCOUNT NO. 7196 00001 **American Eagle Bank 556 Randall Road South Elgin, IL 60177** | | | **2002 Ford Focus PMSI** <br> **VALUE $ 3500** | | **4,000.00** | **500.00** |
| ACCOUNT NO. 666800001 **American Eagle Bank 556 Randall Road South Elgin, IL 60177** | | | **2003 Ford Focus PMSI** <br> **VALUE 5,000** | | **4,500.00** | |
| ACCOUNT NO. | | | **VALUE $** | | | |
| ACCOUNT NO. | | | **VALUE** | | | |
| ACCOUNT NO. | | | **VALUE $** | | | |
| ACCOUNT NO. | | | **VALUE $** | | | |
| ACCOUNT NO. | | | **VALUE $** | | | |

| | SUBTOTAL -> (Total of this page) | **10,928.00** | |
|---|---|---|---|
| ___ continuation sheets attached | TOTAL -> | **1,124,641.00** | |

In re:    **Loncarevic, Robert & Rachelle**          Debtor(s)      Case No.                    (if known)

## SCHEDULE E - CREDITORS HOLDINGS UNSECURED PRIORITY CLAIMS

_X__ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets).

___ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of
  the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C 507(a)(2).

___ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees,
  up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the
  original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C.
  507(a)(3)

___ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the
  original petition, or the cessation of business, whichever occurred first, to the extend provided in 11 U.S.C. 570(a)(4).

___ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as
  provided in 11 U.S.C. 507(a)(5).

___ **Deposits by individuals**
  Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services
  for personal, family, or household use, that were not delivered or provided. 11 U.S.C. 507(a)(6).

___ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in
  11 U.S.C. 507(a)(7).
___ **Claims for perosnal injury while debtor was intoxicated.**

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |

___ Continuation sheets attached

Subtotal --->     **0.00**

Total --->     **0.00**

In re:  Loncarevic, Robert & Rachelle

Debtor(s)    Case No.                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

__ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 64702087 | | | | | |
| Central Credit Services, Inc. Dept. B PO Box 15118 Jacksonville, FL 32239-5118 | | | Rev. Charge 2006 | | 6,016.30 |
| ACCOUNT NO. 5584180003501056 | | | | | |
| Advanta Bank Corp. PO Box 30715 Salt Lake City, UT 84130-0715 | | | Rev. Charge 2005-06 | | 12,929.87 |
| ACCOUNT NO. 500313205 | | | | | |
| McCarthy, Burgess & Wolff The Mb& W Building 26000 Cannon Road Cleveland, OH 44146 | | | colleciton RH Donnelley | | Notice |
| ACCOUNT NO. 4888 6031 3555 5175/426429699791/549035199915 | | | | | |
| Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | Rev Charge 2004-2007 | | 30,540.62 |
| ACCOUNT NO.  5490 3518 6505 9490 | | | | | |
| World Points Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | Rev Charge 2006-2007 | | 3,480.01 |
| ACCOUNT NO. 5178-0522-8274-9676 and 4802-1324-0077-2227 / 4115-0724-9667-9336 | | | | | |
| Capital One Bank PO Box 30285 Salt Lake City, UT 84130-0285 | | | Rev. Charge 2006-2007 | | 2,835.76 |
| ACCOUNT NO. 111945 | | | | | |
| Montrose Chiropractic 5545 W. Montrose Ave. Chicago, IL 60641-1331 | | | Medical 2006 | | 1,597.00 |
| ACCOUNT NO. 5410 6544 6722 5915/603532054852/603532014904 | | | | | |
| CITI Bank PO Box 6241 Sioux Falls, SD 57117-6241 | | | Rev. Charge 2005-07 | | 5,296.00 |
| ACCOUNT NO. | | | | | |
| | | | | Subtotal -> | 62,696.00 |
| | | | | Total -> | |

____ Continuation Sheets Attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| **ACCOUNT NO. 412224-06-232067-4** | | | | | |
| **HFC**<br>**4747 N. Harlem Ave**<br>**Harwood Heights, IL 60706** | | | **Line of Credit**<br>**2005-07** | | **16,000.00** |
| **ACCOUNT NO. 5406-3300-0208-6767/5407-9150-2333-0761** | | | | | |
| **HSBC Card Services**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | | **Rev Charge**<br>           **2006** | | **1,841.20** |
| **ACCOUNT NO. FP0400491** | | | | | |
| **Maxwell & Associates, Inc.**<br>**PO Box 922967**<br>**Norcross, GA 30010-2967** | | | **collection**<br>           **2006**<br>**Professional Care Development** | | **681.00** |
| **ACCOUNT NO.** | | | | | |
| **Maxim Healthcare Services**<br>**7080 Samuel Morse Drive**<br>**Columbia, MD 21046** | | | **Medical**<br>           **2006** | | **1,666.00** |
| **ACCOUNT NO. L40954-12197** | | | | | |
| **Medical Business Bureau, LLC**<br>**1175 Devin Dr., Ste 171**<br>**Norton Shores, MI 49441** | | | **Medical**<br>           **2004**<br>**Jeffrey Betman** | | **1,482.00** |
| **ACCOUNT NO.** | | | | | |
| **Barclays Bank Delaware**<br>**125 S. West Street**<br>**Wilmington, DE 19801** | | | **Rev Charge**<br>**2006-2007** | | **1,939.00** |
| **ACCOUNT NO. F100000054027** | | | | | |
| **Federated Fin Corp of Am**<br>**30955 Northwestern Hwy**<br>**Farmington Hills, MI 48334** | | | **Rev Charge**<br>**2005-07** | | **12,430.00** |
| **ACCOUNT NO. 1829274** | | | | | |
| **LHR Inc**<br>**56 Main St.**<br>**Hamburg, NY 14075** | | | **Juniper Bank-Collection**<br>           **2007** | | **2,233.00** |
| **ACCOUNT NO. 5406330002086767** | | | | | |
| **Portfolio Recvry & Affil**<br>**120 Corporate Blvd Ste 1**<br>**Norfolk, VA 23502** | | | **HSBC-Collection**<br>           **2007** | | **Notice** |

Subtotal ->    **38,272.00**

__X__ Continuation Sheets Attached

Total ->

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br> Portfolio Recovery Associates, LLC <br> Dept 922 <br> PO Box 4115 <br> Concord, CA 94524 | | | purchase of HSBC account | | notice |
| ACCOUNT NO. 83-97-47-4600 6 <br> Nicor Gas <br> P.O. Box 2020 <br> Aurora, IL. 60507-2020 | | | Utility <br> 2006-2007 | | 1,996.23 |
| ACCOUNT NO. 06 L 5080 <br> Rebecca J Wing <br> Jennifer M. Muchoney <br> 190 S. LaSalle Street- 7th Floor <br> Chicago, IL 60603 | | | Peregrine Financial Group <br> financial debt <br> lawsuit | D | 150,000.00 |
| ACCOUNT NO. 4264-2967-6106-4911 <br> AAA Financial Services <br> P.O. Box 15726 <br> Wilmington, DE 19886-5726 | | | Collections <br> 2006-2007 | | 17,300.00 |
| ACCOUNT NO. 5584180003501056 <br> Federated Financial Corporation <br> of America <br> P.O. Box 2034 <br> Farmington Hills, MI 48333-2034 | | | Advanta-Collection <br> 2007 | | Notice |
| ACCOUNT NO. 322917493 <br> Advocate Lutheran General Hospital <br> 1775 Dempster Street <br> Park Ridge, IL 60068 | | | Medical <br> 2007 | | 3,556.00 |
| ACCOUNT NO. 9796844 <br> Illinois Collection Service Inc <br> P.O. Box 646 <br> Oak Lawn, IL. 60454-0646 | | | Lutheran General Hospital-Collection <br> 2007 | | Notice |
| ACCOUNT NO. 1000369473 <br> Advocate Medical Group <br> 701 Lee St. <br> Desplaines, IL 60016 | | | Medical <br> 2007 | | 425.00 |
| ACCOUNT NO. 3959836 <br> Malcolm S. Gerald and Associates, Inc. <br> 332 S. Michigan Avenue, Suite 600 <br> Chicago, IL. 60604 | | | Advocate Medical Group-Collection <br> 2007 | | Notice |
| | | | Subtotal -> | | 173,277.00 |
| | | | Total -> | | |

__X__ Continuation Sheets Attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| | CO | H | | C | |
|---|---|---|---|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | D C B T | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 061-1-0000581637 Advanced Radiology Consultants, S.C 520 E. 22nd St Lombard, IL. 60148 | | | Medical 2007 | | 378.00 |
| ACCOUNT NO. 861-1-0003304738 Midwest Diagnostic Pathology, SC 75 Remittance Dr Ste 3070 Chicago, IL 60675-3070 | | | Medical 2007 | | 110.00 |
| ACCOUNT NO. 3725-713584-81000/04660388601738 American Express-The Optima Card PO Box 297871 Fort Lauderdale, FL 33329 | | | Rev Charge 2004-07 | | 7,076.73 |
| ACCOUNT NO. AME 71-063391975/BAM71-072279314 CollectCorp 455 North 3rd Street, Suite 260 Phoenix, AZ 85004-3924 | | | American Express-Collection Bank of America-Pre Prime-Collection 2006-2007 | | Notice |
| ACCOUNT NO. 500313205 AT&T Yellow Pages Published by R.H. Donnelley 1615 Bluff City Highway Bristol, TN 37620 | | | Utility 2006 | | 2,515.79 |
| ACCOUNT NO. Yellow Book c/o Teller Levit Silvertrust 11 East Adams, 8th Floor Chicago, IL 60603 | | | judgment 2005 | | 9,832.00 |
| ACCOUNT NO. 15-9104913 Collection Company of America P.O. Box 806 Norwell, MA 02061-0806 | | | At&t-Collection 2007 | | Notice |
| ACCOUNT NO. 2977899/3111170 Joseph, Mann & Creed A Collection Agency 20600 Chagrin Blvd., Suite 550 Shaker Heights, OH 44122-5340 | | | Innovative Financial Solutions and At&t Yellow Pages-Collection 2007 | | Notice |
| ACCOUNT NO. 232387 Trauner Cohen & Thomas, L.L.P. 2880 Dresden Drive Atlanta, GA 30341-3920 | | | Bank of America-Collection 2007 | | Notice |

Subtotal -> 19,913.00

__X__ Continuation Sheets Attached

Total ->

In re: Loncarevic, Robert & Rachelle                    Debtor(s)          Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 0339657<br>United Recovery Systems<br>5800 North Course Drive<br>Houston, Texas 77072 | | | Arrow Financial Services LLC-Collection<br>Bank of America<br>Rev Charge<br>2005-07 | | Notice |
| ACCOUNT NO. 4888936019625296<br>Law Offices of James A. West, P.C.<br>11111 Harwin Drive<br>Houston, TX 77072-1612 | | | Arrow Financial Services LLC-Collection<br>2007 | | Notice |
| ACCOUNT NO. 5178052282749676<br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | | | Capital One Bank-Collection<br>2007 | | Notice |
| ACCOUNT NO. 5178052282749676<br>OSI Collection Services, Inc.<br>P.O. Box 952<br>Brookfield, WI 53008-0952 | | | Capital One Bank-Collection<br>2007 | | Notice |
| ACCOUNT NO. 111000000003871002<br>Chase<br>Indianapolis, IN 46277 | | | Overdraft<br>2007 | | 1,156.56 |
| ACCOUNT NO. 111000000003871002<br>American Coradius International LLC<br>2420 Sweet Home Rd., Suite 150<br>Amherst, NY 14228-2244 | | | Chase-Collection<br>2007 | | Notice |
| ACCOUNT NO. 100001414511471358<br>Chase Home Finance National<br>Recovery Group<br>P.O. Box 29505<br>Phoenix, AZ 85038-9505 | | | line of credit<br>2004-07 | | 16,050.00 |
| ACCOUNT NO. 6607477<br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>St. Charles, MO 63301-4047 | | | Citi Cards-Collection<br>2007 | | Notice |
| ACCOUNT NO. 5410654467225915<br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd Suite 206<br>Toledo, OH 43614 | | | Citicorp Credit Services, Inc. (USA)-Collection<br>2007 | | Notice |

Subtotal -> 17,207.00

__X__ Continuation Sheets Attached        Total ->

In re: Loncarevic, Robert & Rachelle                    Debtor(s)        Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|

| ACCOUNT NO. 37257135135848100/4115072496679 | | | | | |
|---|---|---|---|---|---|
| NCO Financial Systems, Inc.<br>P.O. Box 15760<br>Dept 07<br>Wilmington, DE 19850-5760 | | American Express-Collection<br>Capital One Bank-Collection<br>Expo Consumer-Collection<br>2007 | | | |

| ACCOUNT NO. 6035-3205-4852-1234 | | | | | |
|---|---|---|---|---|---|
| Expo Design Center<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | | Rev Charge<br>2007 | | | 1,830.49 |

| ACCOUNT NO. 6035320149044248 | | | | | |
|---|---|---|---|---|---|
| The Home Depot<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | | Rev Charge<br>2007 | | | 2,472.53 |

| ACCOUNT NO. 26457306-314-557-HC3/X0905439-HC-ST540-999/X0905439-LI-ST044-BAT/424090 | | | | | |
|---|---|---|---|---|---|
| I.C. System, Inc.<br>444 Highway 96 East,<br>P.O. Box 64887<br>St. Paul, MN 55164-0887 | | HSBC Card Services- Collection<br>Chicago Health & Phys Therapy<br>Montrose Chiropractic Center-Collection<br>2002-2007 | | | Notice |

| ACCOUNT NO. X0905439 | | | | | |
|---|---|---|---|---|---|
| Thomas E. Jolas, P.C.<br>Attorney at Law<br>202 First St., N.W.<br>P.O. Box 4000<br>Mason City, Iowa 50401 | | Montrose Chiropractic Center-Collection<br>2006 | | | Notice |

| ACCOUNT NO. 64702087 | | | | | |
|---|---|---|---|---|---|
| Wells Fargo Financial<br>5764 West Touhy, Ste C-2<br>Niles, IL 60714-4606 | | Rev Charge<br>2005-06 | | | 6,016.30 |

| ACCOUNT NO. 1631325-00100-2610 | | | | | |
|---|---|---|---|---|---|
| Central Credit Services, Inc.<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 | | Wells Fargo Financial-Collection<br>2006 | | | Notice |

| ACCOUNT NO. 64702087 | | | | | |
|---|---|---|---|---|---|
| Nelson, Watson & Associates, LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830 | | Wells Fargo Financial & Northstar<br>Capital Acquisition LLC-Collection<br>2007 | | | Notice |

| ACCOUNT NO. 64702087 | | | | | |
|---|---|---|---|---|---|
| Law Offices Blatt, Hasenmiller,<br>Leibsker & Moore LLC<br>125 South Wacker Dr. Suite 400<br>Chicago, IL 60606-4440 | | Wells Fargo Financial & Northstar<br>Capital Acquisition, LLC-Collection<br>2007 | | | Notice |

|  | Subtotal -> | 10,319.00 |
|---|---|---|
|  | Total -> |  |

__X__ Continuation Sheets Attached

In re: Loncarevic, Robert & Rachelle          Debtor(s)          Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

__ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND<br>MAILING ADDRESS<br>INCLUDING ZIP CODE | CO<br>D<br>E<br>B<br>T | H<br>W<br>J<br>C | DATE CLAIM WAS INCURRED<br>AND CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE. | C<br>U<br>D | AMOUNT<br>OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 4802132400772227 | | | | | |

TSYS Total Debt Management, Inc.
P.O. Box 6700    Case 07-17600    Doc 1
Norcross, GA 30091-6700

Capital One F.S.B-Collection

Filed 09/26/07    Entered 09/26/07 17:20:59    Desc Main
Document    Page 19 of 41    2007

Notice

| ACCOUNT NO. 500313206/500243371 | | | |
|---|---|---|---|
| Executive Financial Enterprises, Inc.<br>6230 A Wilshire Blvd. PMB 10<br>Los Angeles, CA 90048 | | R.H. Donnelly, Publisher of AT&T,<br>Formely SBC Yellow Pages-Collection<br>2006-2007 | Notice |
| **ACCOUNT NO.  4147202015805227** | | | |
| Creditors Interchange<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 | | Chase  Manhattan Bank-Collection<br><br>2006 | Notice |
| **ACCOUNT NO. 500243371** | | | |
| SBC Yellow Pages<br>R.H. Donnelley<br>1615 Bluff City Highway<br>Bristol, TN 37620 | | advertisement<br>for the Leather Solutions<br>2005-06 | 92,000.00 |
| **ACCOUNT NO. 500243371** | | | |
| Law Office of Scott and Associates<br>6230-A Wilshire Blvd, PMB 15<br>Los Angeles, CA 90048 | | R.H. Donnelley-Collection<br><br>2007 | Notice |
| **ACCOUNT NO. 210001XXXX** | | | |
| US BANK<br>Belmont Avenue Office<br>PO Box 790179<br>ST. Louis, MO 63179-0179 | | Line of Credit<br><br>2003-2007 | 22,291.00 |
| **ACCOUNT NO. AFS ASSIG-3834** | | | |
| Arrow Financial Services<br>5996 West Touhy Avenue<br>Niles, IL. 60714-4610 | | Rev Charge<br><br>2007 | 6,975.00 |
| **ACCOUNT NO.** | | | |
| Mary Ann & Steve Armas-Rodriguez<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | Rental Lease<br>2006-2007 | Notice |
| **ACCOUNT NO.** | | | |
| Robert & Rose Miella<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | Rental Lease<br>2006-2007 | Notice |
| | | Subtotal -> | 121,266.00 |
| | | Total -> | |

__X__ Continuation Sheets Attached

In re: Loncarevic, Robert & Rachelle                                   Debtor(s)        Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

___ Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND<br>MAILING ADDRESS<br>INCLUDING ZIP CODE | CO<br>D<br>E<br>B<br>T | H<br>W<br>J<br>C | DATE CLAIM WAS INCURRED<br>AND CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE. | C<br>U<br>D | AMOUNT<br>OF CLAIM |
|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Norma Bedolla<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | | Rental Lease<br>2006-2007 | | Notice |

| ACCOUNT NO. | | | | |
|---|---|---|---|---|
| Lissette Melon<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | Rental Lease<br>2006-2007 | | Notice |
| ACCOUNT NO. | | | | |
| Ljuka Doca<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | Rental Lease<br>2006-2007 | | Notice |
| ACCOUNT NO. | | | | |
| Dwight Miranda<br>8700 W. Fullerton Avenue<br>River Grove, IL 60171 | | Rental Lease<br>2006-2007 | | Notice |
| ACCOUNT NO. 06 M1 158574 | | | | |
| Munday & Nathan<br>33 N Dearborn<br>Chicago, IL 60602 | | lawsuit for<br>Steve & Nanette Wollack | D | 15,000.00 |
| ACCOUNT NO. | | | | |
| | | | | |
| ACCOUNT NO. | | | | |
| | | | | |
| ACCOUNT NO. | | | | |
| | | | | |
| ACCOUNT NO. | | | | |
| | | | | |

| | | |
|---|---|---|
| | Subtotal -> | 15,000.00 |
| | Total -> | 457,950.00 |

__X__ Continuation Sheets Attached

In re:  Loncarevic, Robert & Rachelle                    Debtor(s)          Case No.              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

__ Check here if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mary Ann & Steve Armas-Rodriguez**<br>**Robert & Rose Miella**<br>**Norma Bedolla**<br>**Lissette Melon**<br>**Ljuka Doca**<br>**Dwight Miranda** | **tenants at Rental property:**<br><br>**8700 West Fullerton Ave**<br>**River Grove, IL  60171** |

**In re: Loncarevic, Robert & Rachelle**                    **Debtor(s)**          **Case No.**              **(if known)**

## SCHEDULE H - CODEBTORS

___ Check here if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Innovative Financial Solutions**<br>**Same as debtor** | **Advanta Bank Corp.**<br>**AT&T,  R.H. Donnelley** |
| **Cornerstone Property Management**<br>**8700 West Fullerton Ave**<br>**River Grove, IL  60171** | **Capital One** |
| **The Leather Solution**<br>**6612 W Irving Park Rd**<br>**Chicago, IL 60634** | **SBC Yellow Pages, RH Donnelley** |

In re:  **Loncarevic, Robert & Rachelle**                    **Debtors    Case No.**                    **(if known)**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter
12 or 13 case whether of not a joint petition if filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **married** | NAMES | AGE | RELATIONSHIP |
| | | | |
| Employment: | DEBTOR | SPOUSE | |
| Occupation | **The Leather Solution** | **The Leather Solution** | |
| Name of Employer | **Owner** | **Owner** | |
| How Long Employed | **10years** | **10years** | |
| Address of Employer | **6461 W./6612 W. Irving Park Rd. Chicago, IL 60634** | **6461 W./6612 W. Irving Park Rd. Chicago IL 60634** | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary and commissions...................... | 1,083.00 | 1,083.00 |
| (pro rate if not paid monthly) | | |
| 2.  Estimate monthly overtime | | |
| 3. SUBTOTAL | 1,083.00 | 1,083.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 157.00 | 157.00 |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | 157.00 | 157.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | 926.00 | 926.00 |
| 7. Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | | |
| 8. Income from real property | 4,775.00 | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor for | | |
| the debtor's use or that of dependents listed above | | |
| 11. Social security or other government assistance (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | 4,775.00 | |
| 15. TOTAL MONTHLY INCOME | 5,701.00 | 926.00 |

16. TOTAL COMBINED MONTHLY INCOME            **6,627.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to
occur within the year following the filing of this document:

In re: **Loncarevic, Robert & Rachelle**    Debtor(s)   Case No.                 **(if known)**

Case 07-17600    Doc 1    Filed 09/26/07    Entered 09/26/07 17:20:59    Desc Main
SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

____ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)    residence (1st &2nd) | 2,206.00 |
| a. Are real estate taxes included? ___Yes _X_No    rental (1st & 2nd) | 4,990.00 |
| b. Is property insurance included? ___Yes _X_No | |
| 2. Utilities:  a.  Electricity and heating fuel    Rental Poperty | 750.00 |
| b.  Water and sewer    Rental Poperty | 200.00 |
| c.  Telephone | |
| d.  Other_____ | |
| 3. Home maintenance (repairs and upkeep) | 75.00 |
| 4. Food | 480.00 |
| 5. Clothing | 100.00 |
| 6. Laundry and dry cleaning | 150.00 |
| 7. Medical and dental expenses | 200.00 |
| 8. Transportation (not including car payments) | 50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazine, etc    - | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | 35.00 |
| b. Life | |
| c. Health | |
| d. Auto | 60.00 |
| e. Other_____ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  real estate raxes  ( Home- 250 ); (RENTAL- 1,077) | 1,327.00 |
| 13. Installment payments:(In chapter 12 & 13 cases, do not list payments to be included in the plan) | |
| Auto | |
| Other   homeowener's association | 326.00 |
| 14. Alimony, maintenance, and support paid to others | |
| 15. Payments for support of additional dependents not living at your home | |
| 16. Regular expenses from operation of business, profession, or farm | |
| (attach detailed statement)    Expenses from Rental Property: Cleaning, legal, and maintenance | 250.00 |
| 17. Other_____ | |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | 11,199.00 |

19. Describe any increase or decrease in expenditures reasonably antici[ated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| A. Total projected monthly income | 6,627.00 |
| B. Total projected monthly expenses | 11,199.00 |
| C. Excess income (A minus B) | 0.00 |

In re:    **Loncarevic, Robert & Rachelle**                Debtor(s)     Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____sheets,

(Total shown on summary page plus 1.)

and that they are true and correct to the best of my knowledge, information and belief.

Date                             Signature: _____

Debtor

Date                             Signature: _____

(Joint Debtor, if any)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the_____(corporation or partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____sheets,

(Total shown on summary page plus 1)

and that they are true and correct to the best of my knowledge, information and belief.

Date                             Signature: _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152, 3571.

UNITED STATES BANKRUPTCY COURT                                    DISTRICT OF

**In re: Loncarevic, Robert & Rachelle**                    Debtor(s)    Case No.

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by
    property of the estate.

2. I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

3. I intend to do the following with respoect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Propery will be redeemed purusant to 11 USC §722 | Debt will be reaffirmed pursuant to 11 USC §722 |
|---|---|---|---|---|---|
| **Residence** | **US Bank/ First Nations** | X | | | |
| **Rental Property** | **GRP Financial Dupage National Bank** | X | | | |
| **2006 Chevy Uplander** | **Hinsd Bank** | X | | | |
| **2002 Ford Focus** | **Am Eagle Bank** | X | | | |
| **2003 Ford Focus** | **Am Eagle Bank** | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 USC §362(h)(1)(a) |
|---|---|---|
| **None** | | |

Date:_____                    _____/s/ Robert Loncarevic__
                                                **Signature of Debtor**

                                                ___/s/ Rachelle Loncarevic
                                                **Signature of Joint Debtor**

3. I understand that 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this
    statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:      9/21/2007                    /s/  Robert Loncarevic_____
                                        Signature of Debtor

* Reaff'd - Debt will be reaffirmed pursuant to 524(c)

   Red'd   - Property is claimed as exempt and will be             /s/  Rachelle Loncarevic_____
       redeemed pursuant to 722                                    Signature of Debtor

   Exempt-Lien will be avoided pursuant to 522(f) and property
       will be claimed as exempt

UNITED STATES BANKRUPTCY COURT                                              DISTRICT OF

In re:        **Loncarevic, Robert & Rachelle**
                                                            Debtor(s)    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None", or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number if known, and the number of the question.

### DEFINITIONS

"In business" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partnership a sole proprietor or self-employed.

"Insider" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporation of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101(30).

_____ None. 1. Income from Employment or Operation of Business
State the gross amount of income the debtor has received from employ-
ment, trade,or profession, or from operation of the debtor's business,
including part-time activities either as an employee or in independent
trade or business, from the beginning
of this calendar year to the date this case was com-
menced. State also the gross amounts received during the two years im-
mediately preceding this calendar year. (A debtor that maintains, or has
maintained, financial records on the basis of a fiscal rather than a calen-
dare year may report fiscal year income. Identify the beginning and end-
ing dates of the debtor's fiscal year) If a joint petition is filed, state in-
come for each spouse separately. (Married debtors filing under chapter
12 or chapter 13 must state income of both spouses whether or not a
joint petition is filed, Unless the spouses are separated and a joint peti-
tion is not filed) Give AMOUNT and SOURCE (if more than one).

| Debtor: | J-Detor |
|---|---|
| **Wages 2007:** | |
| $7,500 | $7,000 |
| **2006: $6,000** | 6,000 |
| **2005: $13,000** | 13,000 |

_X___ None. 2. Income Other Than From Employment or Operation of
Business.
State the amount of income received by the debtor other than from em-
ployment, trade, profession, or operation of the debtor's business during
the two years immediately preceding the commencement of this case.
Give particulars. If a joint petition is filed, state income for each spouse
separately. (Married debtors filing under chapter 12 or chapter 13 must
state income for each spouse whether or not a joint petition is filed, un-
less the spouses are separated and a joint petition is not filed.) Give
AMOUNT and SOURCE.

3. Payments to Creditors
_X__ None   a. List all payments on loans, installment purchases of goods
or services, and other debts, aggregating more than $600 to any creditor,
made within 90 days immediately preceding the commencement of this case.
Indicate with an asterisk any payments that were made to a creditor on account
of a domestic support obligation or as part of an alternative repayment
schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS of CREDITOR, DATES OF PAYMENTS, AMOUNT
PAID and AMOUNT STILL OWING.
__X_None    b.  List each payment or other transfer to any creditor made within
90 days immediately preceding the commencement of this case id the
aggregate value of all property that constitutes or is affected by such transfer
is not less than $5000.00. (Married debtors filing under Chapter 12 or Chapter 13
must include payments and other transfers by by either or both spouses whether
or not a joint petition is filed, unless the spouses are separated, and a joint
petition is not filed.)

_X__None  c. List all payments made within one year immediately preced-
ing the commencement of this case to or for the benefit of creditors who
are or were insiders. (Married debtors filing under chapter 12 or chapter
13 must include payments by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint peti-
tion is not filed.) Give NAME and ADDRESS of CREDITOR and RELATION-
SHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL
OWING.

4. Suits, Executions, Garnishments and Attachments

___None a. List all suits to which the debtor is or was party within one year immediately preceing the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

_X_ None. b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) GIve NAME and ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

_X_ None 5. Repossessions, Foreclosures and Returns
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION and VALUE OF PROPERTY.

6. Assignments and Receiverships
_X_ None. a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

_X_None. b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF CUSTODIAN, NAME and LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

_X_ None 7. Gifts
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME and ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT and DESCRIPTION and VALUE OF GIFT.

_X_ None 8. Losses
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give DESCRIPTION and VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES and, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE. Give PARTICULARS and DATE OF LOSS.

____None 9. Payments Related to Debt Counseling or Bankruptcy
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a

**GRP Loan v. Debtor**
**06-CH-22962 (Cook County)**
**foreclosure action- rental property**
**dismissed**
**City Chicago v. Herman, et al**
**06 CH 10557 (Cook County)**

**debtor had no interest in property**
**disposed**
**Mortgage Elec v. Potocka**
**06 CH 01551 (Cook County)**
**debtor had no interest in property**
**disposed**
**Potocka v. Debtor**
**05 CH 2122 (Cook County)**
**debtor had no interest in property**
**disposed**
**Laskowski v. Debtor**
**05 CH 22123 (Cook County)**
**debtor had no interest in property**
disposed

**US Bank v. Debtor**
**07 CH 19916 (Cook County)**
**Foreclosure Action-Residence**

**pending**

**Debtor v. Marcci , Mareci, McDonough**
**07 M1 700424 (Cook County)**
**Landlord claim for possession**
**judgment for Debtor $3300**

**Nedeljkovic v. Debtor**
**07 M1 115382 (Cook County)**

**contract action (dismissed)**

**Taylor v. Debtor**
**06 M1 017208 (Cook County)**
**contract action (dismissed)**

**Wollack v. Debtor**
**06 M1 158574 (Cook County)**
**contract action (pending)**

**Yellow Book v. Debtor**

**2005 M1 187185 (Cook County)**
**judgment $9832**

**Peregrine Financial v. Debtor**
**06 L 005080 (Cook County)**
**Contract action- for trading**
**pending**

**Staver & Gainsberg, P.C.**
**120 W. Madison St., Ste. 520**
**Chicago, IL 60602**
**See Rule 2016(B) Statement**

petition in bankruptcy within one year immediately preceding
the commencement of this case.  Give Name and address of payee,
date of payment, name of puer if other than debtor, and amount
of money or description and value of property.

Credit Counseling
Money Management
Sept. 2007

__X__ None  10.  Other Transfers
a.  List all other proeprty, other rhan property transferred in the ordinary
course of the business or financial affairs of the debtor, transferred
either absolutely or as security within two years immediately preceding
the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include transfers by either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.) Give NAME and ADDRESS OF TRANSFEREE,
RELATIONSHIP TO DEBTOR, DATE and DESCRIBE PROPERTY TRANS-
FERRED AND VALUE RECEIVED.
b.  List all property transferred by the debtor within ten years immediately
preceding the commencement of this case to a self-settled trust or
similar device of which the debotr is a beneficiary.  Give Name of trust
or other device, date(s) of transfer(s), and amount of money or description
and value of property or debtor's interest in property.

____None  11. Closed Financial Accounts
List all financial accounts and instruments held in the name of the
debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within one year immediately preceding the
commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension
funds, cooperatives, associations, brokerage houses and other
financial institutions. (Married debtors filed under chapter 12 or
chapter 13 must include information concerning accounts or instru-
ments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint peti-
tion is not filed.) Give NAME and ADDRESS OF INSTITUTION, TYPE
AND NUMBER  OF ACCOUNT AND AMOUNT OF FINAL BALANCE and
AMOUNT AND DATE OF SALE OR CLOSING.

**Chase Checking Account**
**Jan-07**
**negative balance**

**MidAmerica Bank**
**June, 2007**
**0.00 balance**

_X___None  12. Safe Deposit Boxes
List each safe deposit or other box or depository in which the debtor
has or had securities, cash, or other valuables within one year immed-
iately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include boxes or deposi-
tories of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES
AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY
DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURREN-
DER, IF ANY.

_X___None  13.  Setoffs
List all setoffs made by any creditor, including a bank, against a debt
or deposit of the debtor within 90 days preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.) Give NAME and ADDRESS OF CREDITOR
DATE OF SETOFF and AMOUNT OF SETOFF.

_X___None 14. Property Held for Another Person
List all property owned by another person that the debtor holds or
controls. Give NAME and ADDRESS OF OWNER, DESCRIPTION AND
VALUE OF PROPERTY and LOCATION OF PROPERTY.

_X___None 15. Prior Address of Debtor
If the debtor has moved within the three years immediately preceding
the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commence-
ment of this case. If a joint petition is filed, report also any separate
address of either spouse. Give ADDRESS, NAME USED and DATES
OF OCCUPANCY.

__X__None 16.  Spouses and Former Spouses
If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho,

Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the
commencement of the case, identify the name of the debtor's spouse
and of any former spouse who resides or resided with the debtor in the
community property state.

__X__None 17.  Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state of local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, of other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or materials.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,  pollutant, or contaminant or similar term under an Environmental Law.

__X__None   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME & ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE NOTICE | ENVIRONMENT LAW |
|---|---|---|---|
| | | | |

__X__None   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME & ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE NOTICE | ENVIRONMENT LAW |
|---|---|---|---|
| | | | |

__X__None    c.  List all judicial or administrative proceedings, including settlements or orders, under an Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME & ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

18.  Nature, location and name of business

_____None  a.  If the debtor is an individual, list the names, addresses, taxpayer idetification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full or part time within six years immediatley preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six yearsimmediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a coporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

| Name | Last 4 digits of Soc. Sec. No. Complete EIN or other taxpayer I.D. NO. | Address | Nature of Business | Beg. and End dates |
|---|---|---|---|---|
| Loncarevic & Associates d/b/a Leather Solutions | | 6612 W Irving Park Rd CHI, IL | leather  repairs/finishing | 1996 to present |
| **36-4085894** | | | | |
| **Cornerstone Property Management** | | 8700 West Fullerton River Grove | Rental Property | 2003-present |
| **Innovative Financial Solutions** | | 6461 West Warner, STE 510 Chicago, IL | Financial Investment | 2005 |

__X_None    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C.

| NAME | Address | Dates Services Rendered |
|---|---|---|

than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

19. Books, records and financial statements

____None. A. List all bookeepers and accountants who within two years immediatley preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| Checks & Balances | 2005 to present |
| 500 N Michigan Ave Ste 140 Chicago, IL 60611 | |

__X__None. B. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered |
|---|---|---|

____None. C. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address | Dates Services Rendered |
|---|---|---|
| Debtor/JointDebtor | 6461 West Warner, STE 510 Chi, IL | |
| Checks & Balances | 500 N. Michigan Ave CHI, IL | 2005 to present |

_X__None. D. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| Name and Address | Date Issued |
|---|---|

20. Inventories

__X_None. A. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory |
|---|---|---|

X___None. B. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| Date of Inventory | Name and address of cusodian of inventory of records |
|---|---|

21. Current Partners, Officers, Directors and Shareholders

___None. A. If the debotr is a partnership. List the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|

___None. B. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|

22. Former partners, officers, directors and shareholders

___None. A. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediatley preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|

___None. B. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| Name and Address | Title | Date of termination |
|---|---|---|

23. Withdrawls from a partnership or distributions by a corporation

___None. If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| Name & Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of money or description and value of property |
|---|---|---|

### 24. Tax Consolidation Group

___None. If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immeditaley preceding the commencement of the case.

| Name of Parent Corporation | Taxpayer Identification Number (EIN) |
|---|---|

### 25. Pension Funds.

___None.  If the Debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within 6 years immediatley preceding the commencement of the case.

| Name of Pension Fund | Taxpayer Identification Number (EIN) |
|---|---|

### Unsworn Declaration under Penalty of Perjury.

I declare under penalty that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    9/21/2007        Signature of Debtor      /s/  Robert Loncarevic


Date _____        Signature of Joint Debtor            /s/ Rachelle Loncarevic
                                (if any)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. 152 and 3571.

In re:   **Loncarevic, Robert & Rachelle**                    Debtor(s)   Case No.                          (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

**(1) The undersigned is the attorney for the debtor(s) in this case.**

**(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:**
    (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                       1,700.00
    (b) prior to filing this statement, debtor(s) have paid               1,300.00
    (c) the unpaid balance due and payable is                     400.00

**(3) $ 299.00 of the filing fee in this case has been paid.**

**(4) The services rendered or to be rendered include the following:**
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in
       determining whether to file a petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents
       required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

**(5) The source of payments made by the debtor(s) to the undersigned was from earning, wages and
    compensation for services performed, and**

**(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance
    remaining, if any, will be from earnings, wages and compensation for services performed, and**

**(7) The undersigned has received no transfer, assignment or pledge of property except the
    following for the value stated:**

**(8) The undersigned has not shared or agreed to share with any other entity, other than with
    members of undersigned's law firm, any compensation paid or to be paid except as follows:**

Date:     9/21/2007        Respectfully submitted    /s/ Neal S. Gainsberg              Attorney for Petitioner

Attorney's name and address       Staver & Gainsberg, P.C., 120 W. Madison St., Ste. 520, Chicago, IL 60602

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re Robert Loncarevic_____     Case No._____
Debtor(s)                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

    ☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____ __ _____.

    **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

    ☐4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*
        ☐Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
        ☐Active military duty in a military combat zone.

    ☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____ /s/ Robert Loncarevic _____

Date: _____ 9/21/07 _____

2

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of** _____Illinois_____

In re _Rachelle Loncarevic_____          Case No._____
          Debtor(s)                                              (if known)


## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30-day period.  Failure to fulfill these requirements may result in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*
☐Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. **§** 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____  /s/ Rachelle Loncarevic  _____

Date:  _____9/21/07_____

2

Certificate Number: 06531-ILN-CC-002474021

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 6, 2007 _____, at 9:16 _____ o'clock PM CDT _____,

Robert Loncarevic _____ received from

Allen Credit and Debt Counseling Agency _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared _____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet _____.


Date: September 6, 2007 _____      By    /s/Lori A Danburg _____

                                          Name   Lori A Danburg _____

                                          Title   Credit Counselor _____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 06531-ILN-CC-002476874

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 7, 2007 , at 12:04 o'clock PM CDT ,

Rachelle E Loncarevic received from

Allen Credit and Debt Counseling Agency ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: September 7, 2007  By  /s/Lori A Danburg

Name  Lori A Danburg

Title  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).